IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jose Chavez, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 18cv7358 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Enviroplus, Inc. et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

The parties have filed a joint motion for settlement of this FLSA suit. See Butler v. Am. Cable & Tel., LLC, No. 09 CV 5336, 2011 WL 4729789, at *9 n.9 (N.D. Ill. Oct. 6, 2011) ("[T]he Court must determine whether the proposed settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions."). "If the proposed settlement reflects a reasonable compromise over contested issues, the court should approve the settlement." Briggs v. PNC Fin. Servs. Grp., Inc., No. 15 CV 10447, 2016 WL 7018566, at *1 (N.D. Ill. Nov. 29, 2016). As stated on the record, the Court's concern with these settlement agreements is the scope of the release in section 3A, which encompasses virtually all employment-related claims. However, because: (1) "the law generally encourages settlements," id. (quotation omitted); (2) these agreements are the result of arms-length negotiations conducted by experienced practitioners and settle bona fide FLSA disputes; (3) each plaintiff explicitly acknowledges in the agreement that he "understands "th[e] Agreement releases the Defendants from all of the claims described in section 3.A" (see, e.g., ECF 61-1 § 21); and (4) plaintiff's counsel represented to the Court that he explained the ramifications of the release in section 3A to his clients, the Court grants the motion [61] and approves the settlement. The December 23, 2019 motion hearing is stricken and this case is dismissed without prejudice and with the Court retaining jurisdiction solely to enforce the settlement agreements until February 3, 2020. After that date, the dismissal will become with prejudice without any further action by the Court.

Date: December 18, 2019

_____
M. David Weisman
United States Magistrate Judge